United States Bankruptcy Court
Central District of California

In re:  
Carmelo Lucio  
Sylvia Lucio  
    Debtors

Case No. 12-35282-BB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2      Date Rcvd: Sep 24, 2012  
                           Form ID: pdf031     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2012.  
db/jdb      Carmelo Lucio,    Sylvia Lucio,    6714 Delta Ave,    Long Beach, CA   90805-2023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                             TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 26, 2012**                        **Signature:** *Joseph Speetjens*

```
District/off: 0973-2           User: admin              Page 2 of 2                  Date Rcvd: Sep 24, 2012
                               Form ID: pdf031          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2012 at the address(es) listed below:
        Brad D Krasnoff (TR)    mcdaniel@lbbslaw.com,   bkrasnoff@ecf.epiqsystems.com
        Tyson   Takeuchi    on behalf of Debtor Carmelo Lucio tysonlawfirm@yahoo.com
        United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                  TOTAL: 3

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Tyson M. Takeuchi, SBN 177419<br>The Law Office of Tyson M. Takeuchi<br>1100 Wilshire Boulevard, Suite 2606<br>Los Angeles, California 90017<br>tyson@tysonfirm.com<br>Telephone: (213) 637-1566<br>Facsimile: (888) 977-6310<br><br>☒ Attorney for Debtor(s)<br>☐ Debtor(s) appearing without attorney | **FILED & ENTERED**<br><br>**SEP 24 2012**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** beauchan **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>Carmelo Lucio,<br><br>Sylvia Lucio, | CASE NO.: 2:12-bk-35282-BB<br>CHAPTER: 7<br><br>**ORDER ON MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** |
|---|---|
| Debtor(s). | [No hearing required] |

**Creditor Name**: *American Express Centurion Bank*
*(Insert name of creditor holding lien to be avoided)*

Pursuant to 11 U.S.C. § 522(f) and LBR 9013-1(o), Debtor(s) moved to avoid a judicial lien on real property claimed to be exempt. THE COURT FINDS AND ORDERS AS FOLLOWS:

1. Notice of this motion complied with LBR 9013-1(o).

2. **Hearing Information:**
   a. ☒ No hearing is required: Debtor(s) has filed a declaration (F 9013-1.9) stating that no opposition was timely received.
   b. ☐ A timely objection was received and a hearing was held as follows:
      (1) Date:_____  (2) Time:_____  (3) Courtroom: _____  (4) Judge: _____
      (5) The matter was    ☐ Contested    ☐ Uncontested    ☐ Settled by Stipulation    ☐ Not Prosecuted
      (6) ☐ Debtor(s) present in court (*Name*): _____
      (7) ☐ Attorney for Debtor(s) present in court (*Name*): _____
      (8) ☐ Attorney for Lienholder present in court (*Name*): _____
      (9) ☐ Other parties present as reflected in the court record

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*　　　　　　　　　　　　　　　　　　　Page 1　　　　　　　　　　　　　　　　　　**F 4003-2.1.ORDER.RP**

3. The real property to which this Order applies is as follows:
   a. Street Address (*specify*): 1537 South California Avenue, Compton, CA 90221

   b. Legal Description (*specify*): TRACT # 13960 LOT 273          (County ☐ See Attached Page
      of Los Angeles, APN 6164-020-021)

4. Recording information regarding lien to be avoided:
   a. Date of recordation of lien (*specify*): 9/7/2011
   b. Recorder's instrument number or map/book/page number (*specify*): 20111208651

5. ☒ Motion granted:
   a. ☒ The judicial lien sought to be avoided impairs an exemption to which Debtor(s) would otherwise be entitled
        under 11 U.S.C. § 522(d)
   b. ☒ The judicial lien is hereby declared void and unenforceable:
      (1) ☒ In its entirety
      (2) ☐ In the following amount *only*: $ _____. The balance of $ _____ remains a valid and
           enforceable lien against the property.

6. ☐ Motion denied on the following grounds:          ☐ With prejudice          ☐ Without prejudice
   a. ☐ Insufficient notice
   b. ☐ Insufficient evidence of the exempt status of the property in question
   c. ☐ Other (*specify*): _____

7. ☐ The court further orders as follows (specify):          ☐ See Attached Page

####

DATED: September 24, 2012

_____
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                         Page 2                                         F 4003-2.1.ORDER.RP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

The Law Office of Tyson M. Takeuchi, 1100 Wilshire Boulevard, Suite 2606, Los Angeles, California 90017

A true and correct copy of the foregoing document described as **PROPOSED ORDER ON MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____9/13/2012_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

JUDGE: Ctrm 1475, 255 E Temple St, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/13/2012 | Albert Pfaffman | /s/ Albert Pfaffman |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page 3    **F 4003-2.1.ORDER.RP**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of __9/13/2012_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Brad D Krasnoff (TR)    mcdaniel@lbbslaw.com, bkrasnoff@ecf.epiqsystems.com
Tyson Takeuchi    tysonlawfirm@yahoo.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

American Express Centurion Bank, Attn: Officer, 4315 South 2700 West, Mail Code 02-01-47, Salt Lake City, UT 84184
Amex Centurion Bank c/o Zwicker & Associates, 199 S. Los Robles Ave, Ste 410, Pasadena, CA 91101
CT Corporation System, 818 West 7th Street, Los Angeles, CA 90017

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page 4    **F 4003-2.1.ORDER.RP**